## AFFIDAVIT

I, Dane Morin, the undersigned affiant, am a Deputy United States Marshal for the District of North Dakota, and have been employed by the United States Marshal's Service since December, 2024. Your affiant is a current member of the High Plains Fugitive Task Force (HPFTF). One of your affiant's primary duties includes fugitive apprehension.

Derek John White, date of birth, 05.18.1980, is a 46-year-old Native American male from Redby, Minnesota. He was sentenced to an 18-month term of confinement with no supervised release in the District of Minnesota for a supervised release violation. The original offense was Assault Resulting in Serious Bodily Injury. On June 9, 2026, he was transferred from USP Beaumont, Texas, to the Centre, Inc Residential Reentry Center (RRC) in Fargo, North Dakota. At the time of his escape, he had a release date of June 29, 2026, via Good Conduct Time.

In the early morning hours of June 23, 2026, your affiant learned from Centre, Inc., in Fargo, North Dakota, and from the United States Bureau of Prisons, that Derek John White had left the facility without prior authorization around 0027 hours. Around 0025 hours on June 23, 2026, Centre Inc. staff received a GPS tamper alert and an inclusion alert from the equipment assigned to White. Center Inc. staff completed a facility search and confirmed that White had cut his global positioning system (GPS) monitor off and was no longer in the facility or on the property. White did not have authorization to leave the facility and his current whereabouts remain unknown at this time.

Based upon the information provided it is your affiant's belief that probable cause exists that Derek John White has committed the offense of escape, in violation of Title 18, United States Code, Section 751(a). Your affiant further requests that a criminal complaint and warrant be issued for the arrest of Derek John White.

_____

Dane Morin

Deputy United States Marshal

The foregoing instrument was acknowledged before me the 23rd day of June 2026, by Dane Morin.

U.S. Magistrate Judge

Alice Senechal